|  | AUSA: Sara Woodward | Telephone: (313) 226-9180 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Robert K. Galbreath | Telephone: (313) 348-0828 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan



United States of America
v.
CRAIG DAVID EVANS

```
Case: 2:18-mj-30326
Assigned To : Unassigned
Assign. Date : 6/11/2018
Description: CMP USA v. EVANS (SO)
```

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2014 to June 11, 2018__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2252A(a)(5)(B) | Possession of child pornography |
| 18 U.S.C. Section 2252A(a)(2) | Receipt of child pornography |

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Robert K. Galbreath, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: June 11, 2018

_____
Judge's signature

City and state: Detroit, Michigan

R. Steven Whalen, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Robert K. Galbreath, being first duly sworn, state as follows:

1. I am an Agent with the United States Department of Homeland Security (DHS), Customs and Border Protection (CBP), Office of Border Patrol (USBP), assigned to the Homeland Security Investigations (HSI), Michigan Human Trafficking and Transnational Crimes Task Force (MT3) in Detroit, Michigan. I have been employed with the USBP since November, 2009. I have successfully completed the Border Patrol Agent Training Program at the Federal Law Enforcement Training Center in Artesia, New Mexico. In addition, I have received a Bachelor's Degree in Criminal Justice from Grand Valley State University in Allendale, Michigan. During the course of my career, I have received training in the methods used by alien smugglers, drug traffickers, and human traffickers. I have participated in numerous arrests for various violations of law; as well as seizures of narcotics and other contraband; and seizures of computer equipment, and business and financial records. Along with other agents, I am responsible for enforcing federal criminal statues involving the trafficking of individuals.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for CRAIG DAVID EVANS for violations of 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography) and 18 U.S.C. § 2252A(a)(2) (receipt of child pornography).

1

3.  This affidavit is based on my personal knowledge, experience, and training, as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of the investigation to date for the limited purpose of establishing probable cause to obtain a search warrant.

## PROBABLE CAUSE

4.  On June 11, 2018, your affiant and other agents and officers executed a federal search warrant at the residence of CRAIG DAVID EVANS, ***** Donley Drive, Sterling Heights, Michigan. The search warrant was based on probable cause to believe that evidence of violations of 18 U.S.C. § 2252A (receipt and possession of child pornography), along with other violations, would be located at the residence.

5.  EVANS was present during the execution of the warrant, and admitted that he lived in the home. EVANS further admitted that he has downloaded child pornography through the internet. EVANS estimated that forensic examination of his electronic devices would recover "hundreds of thousands" of files of child pornography. EVANS stated that he viewed child pornography as recently as June 10, 2018.

6.  Computer Forensic Agent (CFA) Chad Cable conducted a forensic preview on one of EVANS' hard drives. It was a Western Digital hard drive connected to

2

EVANS' HP laptop. During the preview, CFA Cable observed approximately 20 image files of child pornography, and approximately 12 video files of child pornography. Specifically, CFA Cable observed child pornography from a known series depicting prepubescent girls engaged in sex acts with an adult male.

## **CONCLUSION**

7.  Your Affiant believes that probable cause exists that CRAIG DAVID EVANS violated 18 U.S.C. § 2252A(a)(2) (Receipt of Child Pornography), and 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography).

ROBERT K. GALBREATH
~~Special Agent~~ Task Force Officer
Homeland Security Investigations

Sworn and subscribed to before me
on this 11th day of June 2018

Hon. R. STEVEN WHALEN
United States Magistrate Judge
Eastern District of Michigan

3