

**U.S. Immigration and Customs Enforcement**

*Homeland Security Investigations*

**CYBER CRIMES CENTER**
**Computer Forensics Section**

## Computer Forensics Consent Worksheet

I, _Craig Evans_, have been asked to give my consent to the search of my computer/electronic equipment. I have also been informed of my right to refuse to consent to such a search.

I hereby authorize U.S. Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) to conduct a complete search of all computer/electronic equipment located at: _43343 Conley Dr, Sterling Heights MI_.

I authorize ICE HSI to search any computer(s), including internal hard drive(s), floppy diskettes, Compact Discs (CDs), Digital Versatile Discs (DVDs), and any other electronic storage devices, including, but not limited to, personal digital assistants, cellular telephones, and pagers.

I hereby consent to the search of the aforementioned items for any data, accounts, or material which is contraband or evidence of a crime.

I state that I have standing to consent to such a search and seizure due to the fact that I am the _Any and all electronic media at residence_ (owner, user, system administrator, parent of user, etc.) in relation to the computer system, media, or devices.

I give this written permission voluntarily. I have not been threatened, placed under duress, or promised anything in exchange for my consent. I have read this consent worksheet and/or it has been read to me and I understand it. I understand the _English_ language and have been able to communicate with the ICE HSI Special Agents/Officers.

Print Name: _Craig E_  Sign and Date: _6-11-18_

Witnesses:

Print Name: _Jeremy Focyr_  Sign and Date: _6/11/2018_

Print Name: _Robert Galbreath_  Sign and Date: _6/11/18_

00000062

<u>*Removal or simplifying of passcode/lock is advised for an expedited return of this device.*</u>

Fill out the appropriate portion below.

## Passcode:





Example

Fill space below
*(See example)*

Ipad - 2277
Laptop - 112480
Desktop - ?