UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

              Case No. 18-CR-20421

 Plaintiff,

vs.              Hon. George Caram Steeh

CRAIG DAVID EVANS,

 Defendant.
_____/

## NOTICE OF WITHDRAWAL OF MOTION TO REVOKE DETENTION

Craig David Evans, by his attorney, Kimberly W. Stout, hereby withdraws his Motion for Revocation of Detention.

        Respectfully,

        /s/ Kimberly W. Stout
        KIMBERLY W. STOUT (P38588)
        Attorney for Defendant
        370 E. Maple Rd., Third Floor
        Birmingham, MI  48009
        (248) 258-3181
        wadesmom1@aol.com

Dated:  June 20, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CRAIG DAVID EVANS,

      Defendant.
_____/

Case No. 18-CR-20421

Hon. George Caram Steeh

**PROOF OF SERVICE:
NOTICE OF WITHDRAWAL OF MOTION TO
REVOKE DETENTION**

    KIMBERLY W. STOUT hereby certifies that she filed the above with service by ECF filing upon all parties.

Respectfully,

/s/ Kimberly W. Stout
KIMBERLY W. STOUT (P38588)

Dated:       June 20, 2019