# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                   Case No. 18-20111

v.                                     Hon. George Caram Steeh

CRAIG DAVID EVANS,         UNDER SEAL

        Defendant.

_____

## MOTION TO SEAL GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by its undersigned attorneys, respectfully requests that the Government's Sentencing Memorandum for Defendant Craig David Evans be received under seal.

                                       MATTHEW SCHNEIDER
                                       UNITED STATES ATTORNEY

                                       */s Sara D. Woodward*
                                       SARA D. WOODWARD
                                       Assistant United States Attorney
                                       211 W. Fort Street, Suite 2001
                                       Detroit, MI  48226
                                       Phone: 313-226-9180
                                       E-Mail: sara.woodward@usdoj.gov

March 9, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

/s/ Sara D. Woodward
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3211
(313) 226-9180
sara.woodward@usdoj.gov

Date: March 9, 2020