UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

-vs-

D-1 CRAIG DAVID EVANS,

   Defendant.

Case No: 18-CR-20421

Hon. George Caram Steeh

| SARA D. WOODWARD (P73784)<br>Assistant U.S. Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226-3211<br>(313) 226-9180<br>sara.woodward@usdoj.gov | BEN M. GONEK (P43716)<br>BEN GONEK LAW, P.C.<br>Attorney for Defendant<br>14290 Northline Road<br>Southgate, MI 48195<br>(313) 963-3377<br>(313) 924-1284 (fax)<br>ben@goneklaw.com |
|---|---|

### DEFENDANT'S MOTION TO SEAL SENTENCING MEMORANDUM

**NOW COMES** the Defendant CRAIG DAVID EVANS, by and through his attorney, BEN M. GONEK, and hereby moves this Honorable Court for an Order Sealing his Sentencing Memorandum, because it discusses some of the Defendant, Craig David Evans' medical issues, which should not be made public.

In addition, the Government concurs with this Motion.

Respectfully submitted,

BEN GONEK LAW, P.C.

*/s/Ben M. Gonek*
Ben M. Gonek (P43716)
Attorney for Defendant
14290 Northline Road
Southgate, MI  48195
(313) 963-3377
(313) 924-1284 (fax)
ben@goneklaw.com

Dated:  May 3, 2021

## CERTIFICATE OF SERVICE

Ben M. Gonek hereby states that on the 3rd day of May 2021, he caused the foregoing to be filed electronically with the United States District Court and that copies were forward to all counsel of records through the ECF System.

*/s/ Ben M. Gonek*

2